IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00805-CMA-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

$52,859.00 IN UNTIED STATES CURRENCY,

Defendant.

---

# ORDER
---

I am informed that this case has been resolved. See Status Report [Doc. # 10, filed 6/3/2010]. Accordingly,

IT IS ORDERED that on or before **July 7, 2010**, the plaintiff shall file a motion for final order of forfeiture or a status report addressing why such a motion has not been filed.

Dated June 7, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge