**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00805-CMA-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$52,859.00 IN UNITED STATES CURRENCY,

      Defendant.

**FINAL ORDER OF FORFEITURE**

      This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Doc. # 16). The Court having reviewed said Motion FINDS as follows:

      THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

      THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

      THAT Alternative Medicine of Southeast Denver, Daniel Tsirlin, and Gregoriy Gershengorin have filed the requisite Claims and Answers;

      THAT no other claims to Defendant $52,859.00 have been filed;

      THAT the United States and sole claimants Alternative Medicine of Southeast Denver, Daniel Tsirlin, and Gregoriy Gershengorin have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

      THAT upon agreement of the parties, $32,859.00 of Defendant $52,859.00 in United States currency shall be forfeited to the United States;

THAT the United States will return $20,000.00 of Defendant $52,859.00 to claimants through their attorney Paula Ray; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $32,859.00 of Defendant $52,859.00 in United States currency shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all Defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this ___9th___ day of ___July___, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge